THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. VINCENT MUMMIANI, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT
MUMMIANI, Appellant, against WILLIAM HUNT, as Warden
of ATTICA STATE PRISON, Respondent.

Submitted October 6, 1941; decided October 16, 1941.

*Vincent Mummiani*, in person, for motions.

*John J. Bennett, Jr., Attorney-General (James A. Noonan* of counsel), opposed.

Motions denied on the ground that it does not appear that an appeal lies to this court.